# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PAGIDIPATI ENTERPRISES, INC.,   )
                                      )
             Plaintiff,     )
    v.                       )
                                      )     No. 1:10-cv-742
LABORATORY CORPORATION   )
OF AMERICA HOLDINGS,      )
                                      )
            Defendant.   )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with this Court in accordance with 28 U.S.C. § 636(b) and, on November 28, 2011, was served on the parties in this action.  Defendant timely objected to the Recommendation.

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination which is in accord with the Magistrate Judge's report.  The Court therefore adopts the Magistrate Judge's Recommendation in full.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for summary judgment [Dock. # 31] is **GRANTED**.   Plaintiff is directed to submit any further information regarding the earnout amounts due under the terms of the August 11, 2008 Asset Purchase Agreement, including costs and interest, within 30 days of the entry of this Order.

This the 24th day of February, 2012.

　　/s/ N. Carlton Tilley, Jr.　　
Senior United States District Judge